# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0695. IN THE INTEREST OF N. L. et al., CHILDREN.**

On August 11, 2016, this Court granted an application for discretionary appeal filed by the mother and father, which sought review of the trial court's order terminating their parental rights. The order directed them to file a notice of appeal within 10 days of the date of the order. See OCGA § 5-6-35 (g). Fifteen days later, on August 26, 2016, the mother and father filed their notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because the mother and father failed to file a notice of appeal within 10 days of our order granting the discretionary application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/07/2016*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*